■ Town of Mount Pleasant, Respondent, v. Ethel Van Tassell, et al., Appellants.— In an action to enjoin the maintenance of a piggery as a nuisance and as a violation of a zoning ordinance, the appeal is from a judgment and order (one paper) entered after trial enjoining, *inter alia*, such maintenance except as an incidental accessory use. Judgment and order unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ Abe Weistrop, Respondent, v. Necchi Sewing Machine Sales Corp. et al., Appellants.— In an action to recover damages for breach of an employment contract, the appeal is from a judgment, entered on a jury verdict, in favor of respondent. Judgment affirmed, with costs. No opinion. Nolan, P. J., Murphy, Ughetta and Kleinfeld, JJ., concur; Wenzel, J., dissents and votes to reverse the judgment and to dismiss the complaint, on the ground that respondent failed to establish performance on his part in accordance with the terms of the contract.